1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ESTATE OF RUBEN PORRAS SR.;        No. 2:07-cv-0339-MCE-KJM
     ELIZABETH V. PORRAS,
12   individually and as Executor
     and Representative of the
13   Estate of Ruben Porras Sr.;
     RUBEN PORRAS, JR.; and
14   ANTONIO PORRAS ,

15           Plaintiffs,

16       v.                            **RELATED CASE ORDER**

17   KAISER FOUNDATION HOSPITALS;
     PERMANENTE MEDICAL GROUP;
18   and KAISER FOUNDATION HEALTH
     PLAN, INC.,
19
             Defendants.
20   _____/

21   CHARLES SCHLEGEL,                  No. 2:07-cv-0520-DFL-DAD

22           Plaintiff,

23       v.

24   KAISER FOUNDATION HEALTH
     PLAN, INC.; KAISER FOUNDATION
25   HOSPITALS; and THE PERMANENTE
     MEDICAL GROUP, INC.,
26
             Defendants.
27   _____/

28

                            1

1    Examination of the above-entitled civil actions reveals that

2  these actions are related within the meaning of Local Rule

3  83-123(a) (E.D. Cal. 1997).  The actions involve many of the same

4  defendants and are based on the same or similar claims, the same

5  property transaction or event, similar questions of fact and the

6  same questions of law, and would therefore entail a substantial

7  duplication of labor if heard by different judges.  Accordingly,

8  the assignment of the matters to the same judge is likely to

9  effect a substantial savings of judicial effort and is also

10 likely to be convenient for the parties.

11   The parties should be aware that relating the cases under

12 Local Rule 83-123 merely has the result that both actions are

13 assigned to the same judge; no consolidation of the action is

14 effected.  Under the regular practice of this court, related

15 cases are generally assigned to the district judge and magistrate

16 judge to whom the first filed action was assigned.

17   IT IS THEREFORE ORDERED that the action denominated

18 2:07-cv-0520-DFL-DAD, Charles Schlegel v. Kasier Foundation

19 Health Plan, Inc., et al. is reassigned to Judge Morrison C.

20 England, Jr. and Kimberly J. Mueller for all further proceedings,

21 and any dates currently set in this reassigned case only is

22 hereby VACATED.  The parties are referred to the attached Order

23 Requiring Joint Status Report.  Henceforth, the caption on

24 documents filed in the reassigned case shall be shown as

25 2:07-cv-0520-MCE-KJM.

26 ///

27 ///

28 ///

1   IT IS FURTHER ORDERED that the Clerk of the Court make

2   appropriate adjustment in the assignment of civil cases to

3   compensate for this reassignment.

4   IT IS SO ORDERED.

5

6   Dated: March 26, 2007

7

8   _____
    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3