RONALD R. LAMB, Cal. Bar No. 99396
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
Twenty-Second Floor
400 Capitol Mall
Sacramento, CA 95814
Telephone:  (916) 441-2430
Facsimile:  (916) 442-6664
E-mail: rlamb@wilkefleury.com

KENNEDY P. RICHARDSON, Cal. Bar No. 62516
MARK PALLEY, Cal. Bar No. 120073
JORDAN POSAMENTIER, Cal. Bar No. 246301
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone:  (510) 451-6770
Facsimile:  (510) 451-1711
E-mail: mp@marionsinn.com

Attorneys for Defendants Kaiser Foundation
Health Plan, Inc., Kaiser Foundation Hospitals,
and The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RUBEN PORRAS, SR.; ELIZABETH V. PORRAS, individually and as Executor and Representative of the ESTATE OF RUBEN PORRAS, SR.; RUBEN PORRAS, JR.; AND ANTONIO PORRAS,<br><br>           Plaintiffs,<br><br>     v.<br><br>KAISER FOUNDATION HOSPITALS, a California corporation; PERMANENTE MEDICAL GROUP, a California Medical Group; KAISER FOUNDATION HEALTH PLAN INC., a California corporation, and DOES 1 through 50, inclusive,<br>           Defendants. | No. 2:07-cv-00339-MCE-KJMD<br><br>STIPULATION AND ORDER FOR STAY OF ACTION PENDING ARBITRATION |

Plaintiffs ESTATE OF RUBEN PORRAS, SR.; ELIZABETH V. PORRAS, individually and as Executor and Representative of the ESTATE OF RUBEN PORRAS, SR.; RUBEN PORRAS, JR.; AND ANTONIO PORRAS (collectively, "plaintiffs") and defendants KAISER FOUNDATION HOSPITALS, a California corporation; PERMANENTE MEDICAL GROUP, a California Medical Group; and KAISER FOUNDATION HEALTH PLAN INC., a California corporation (collectively, "Kaiser defendants") stipulate as follows:

Plaintiffs' claims against the Kaiser defendants shall be stayed pending arbitration of all of plaintiffs' claims against the Kaiser defendants in accordance with the arbitration provisions of the plaintiffs' membership agreements with Kaiser Foundation Health Plan, Inc.

Respectfully submitted,

Dated: April 30, 2007   POSWALL, WHITE & CUTLER
R. Parker White

By      /s/ R. Parker White_____

R. Parker White

Attorneys for Plaintiffs Estate of Ruben Porras, Sr; Elizabeth V. Porras, individuals and as Executor and Representative of the Estate of Ruben Porras, Sr.; Ruben Porras, Jr.; and Antonio Porras.

Dated: May 15, 2007   WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
RONALD R. LAMB

MARION'S INN
JORDAN POSAMENTIER

By     /s/     Jordan Posamentier___

Jordan Posamentier

Attorneys for Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The Permanente Medical Group, Inc.

O R D E R

Based on the parties' stipulation, the litigation concerning the Court stays the litigation of the plaintiffs' claims against the Kaiser defendants pending contractual arbitration of those claims. A joint status conference statement will be filed advising the Court of the status of the arbitration not later than August 31, 2007 and every ninety (90) days thereafter until such time as the case is no longer subject to this stay or is resolved by dismissal or other settlement.

IT IS SO ORDERED.

DATED: June 1, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE